**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| DANNY RAY SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>D.K. SISTO, Warden,<br><br>    Respondent. | Case No.  EDCV 08-1310-DOC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition with prejudice.

Dated: <u>October 27, 2008</u>

_/s/ David O. Carter_
David O. Carter
United States District Judge