JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DANNY RAY SMITH, | Case No. EDCV 08-1310-DOC (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| D.K. SISTO, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: October 27, 2008

_David O. Carter_
David O. Carter
United States District Judge